THE CAVANAGH LAW FIRM
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

Kerry M. Griggs, SBN 016519
kgriggs@cavanaghlaw.com
Attorneys for Defendants Dutchmen
Manufacturing, Inc. and Arizona
RV Centers LLC d/b/a Camping World

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| CHRISTINE BENNETT and DARRIN BENNETT, | No. 2:16-CV-02001-DJH |
|---|---|
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| DUTCHMEN MANUFACTURING, INC., and ARIZONA RV CENTERS LLC d/b/a/ CAMPING WORLD | |
| Defendants. | |

Plaintiff and Defendants, by and through undersigned counsel, hereby stipulate that this matter be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

///

///

///

8251839_1

DATED this 3rd day of April, 2017.

THE CAVANAGH LAW FIRM, P.A.

By: *s/ Kerry M. Griggs*
      Kerry M. Griggs
      Attorneys for Defendants Dutchmen
      Manufacturing, Inc. and Arizona RV Centers LLC
      d/b/a Camping World RV Sales


By: *s/ Trinette G. Kent (with permission)*
      Trinette G. Kent
      Attorneys for Plaintiffs

LAW OFFICES
THE CAVANAGH LAW FIRM, P.A.
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

8251839_1

2

## CERTIFICATE OF SERVICE

I hereby certify than on April 3, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Trinette G. Kent
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Attorneys for Plaintiffs

*/s/ Janet Cliffton*

8251839_1