# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Bennett, et al., | No. CV-16-02001-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Dutchmen Manufacturing Incorporated, et al., | |
| Defendants. | |

The Court having received the parties' Stipulation for Dismissal with Prejudice (Doc. 26),

**IT IS HEREBY ORDERED** granting the Stipulation (Doc. 26) and dismissing this action in its entirety, **with prejudice**, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

**Dated** this 5th day of April, 2017.

Honorable Diane J. Humetewa
United States District Judge